**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., et al.,[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| WINDSTREAM HOLDINGS, INC. et al., | ) | |
| | ) | |
| | ) | Adv. Pro. No. 19-08279 |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| UNITI GROUP INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alyssa Kim-Whittle, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 20, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Overnight Mail upon the service list attached hereto as **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

*(Continued on Next Page)*

---

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is: 4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

- **Stipulation and Agreed Order Authorizing Intervention** [Docket No. 20]

Dated: August 23, 2019

_____
Alyssa Kim-Whittle

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of August, 2019, by Alyssa Kim-Whittle, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE PARANHOS
Notary Public – California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for HAM Communications, Inc. | Alston & Bird LLP | Gerard S. Catalanello | gerard.catalanello@alston.com |
| Counsel for  Accedian Networks Inc., Fox Net, LLC, Fox Cable Network Services, LLC and Fox News Network, L.L.C. | Alston & Bird LLP | John W. Weiss and William Hao | john.weiss@alston.com; william.hao@alston.com |
| Counsel for Fox Net, LLC, Fox Cable Network Services, LLC and Fox News Network, L.L.C. | Alston & Bird LLP | Leib M. Lerner | leib.lerner@alston.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | oag@ArkansasAG.gov |
| Counsel for AT&T Corp. and certain of its affiliates and subsidiaries | Arnold & Porter Kaye Scholer LLP | Brian J. Lohan and Ginger Clements | brian.lohan@arnoldporter.com; ginger.clements@arnoldporter.com |
| Counsel for AT&T Corp. and certain of its affiliates and subsidiaries | Arnold & Porter Kaye Scholer LLP | Peta Gordon | peta.gordon@arnoldporter.com |
| Counsel for AT&T Corp. and certain of its affiliates and subsidiaries and Official Committee of Unsecured Creditors | AT&T Services Legal Department | James W. Grudus, Esq. | james.grudus@att.com |
| Counsel to Aurelius Capital Master, Ltd. | Aurelius Capital Master, Ltd. | Robbins, Russell, Englert, Orseck, Untereinger & Sauber LLP | wtrunk@robbinsrussell.com |
| Counsel for UBS Realty Investors LLC | Ballard Spahr LLP | Leslie C. Heilman | heilmanl@ballardspahr.com |
| Counsel for Comcast Business Communications, LLC | Ballard Spahr LLP | Matthew G. Summers | summersm@ballardspahr.com |
| Counsel for  AppDirect, Inc. | Ballard Spahr LLP | Tobey M. Daluz and Chantelle D. McClamb | daluzt@ballardspahr.com; mcclambc@ballardspahr.com |
| Counsel for Tri Tower Telecom Corporation | Barclay Damon LLP | Beth Ann Binvona and John R. Weider | bbivona@barclaydamon.com; jweider@barclaydamon.com |
| Counsel for Cisco Systems Capital Corporation, Salesforce.com, Inc., Juniper Networks, Inc., Juniper Networks (US), Inc., Broadsoft, Inc., Broadsoft Adaptation, Inc., and Broadsoft, LLC | Bialson, Bergen & Schwab, a Professional Corporation | Lawrence M. Schwab and Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel for Netrality Property Trust, LLC | Blank Rome LLP | Evan J. Zucker | EZucker@BlankRome.com |
| Counsel for Netrality Property Trust, LLC | Blank Rome LLP | Samuel H. Becker, Jose F. Bibiloni | Becker@BlankRome.com; JBibiloni@BlankRome.com; mcathers@netrality.com |
| Interested Party | BMC Group, Inc. | T. Feil and Steven Ordaz | sordaz.bmcgroup@ecfalerts.com |
| Counsel for Ninety Park Property LLC, VNO One Park LLC, 7 West 34th Street LLC | Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. | Jeffrey C. Chancas | jchancas@borahgoldstein.com |
| Counsel for Saetec, Inc. and Access Communication Services, Inc. | Boylan Code LLP | Devin Lawton Palmer | dpalmer@boylancode.com |
| Counsel for ADTRAN, Inc. | Bradley Arant Boult Cummings, LLP | Jay R. Bender, Cathleen C. Moore | jbender@bradley.com; ccmoore@bradley.com |
| Counsel for Communication Data Link, LLC | Brick Gentry, P.C. | Thomas L. Flynn | Tom.flynn@brickgentrylaw.com |
| Counsel for Douglas E. Abrahams | Bronson Law Offices, P.C. | H. Bruce Bronson | hbbronson@bronsonlaw.net |
| Counsel for Gallagher Fiduciary Advisors, LLC | Bryan Cave Leighton Paisner LLP | Brian C. Walsh | brian.walsh@bclplaw.com |
| Counsel for Delaware Trust Company | Bryan Cave Leighton Paisner LLP | Stephanie Wickouski and Jeremy Finkelstein | stephanie.wickouski@bclplaw.com; jeremy.finkelstein@bclplaw.com |
| Counsel for Gallagher Fiduciary Advisors, LLC | Bryan Cave Leighton Paisner LLP | Thomas J. Schell | tjschell@bclplaw.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel for Altec Capital Services, LLC | Burr & Forman LLP | Joe A. Joseph and Regan Loper | jjoseph@burr.com; rloper@burr.com |
| Counsel for Altec Capital Services, LLC | Burr & Forman LLP | Richard R. Robinson | rrobinson@burr.com |
| Counsel for Frost Brown Todd LLC for Kentucky Utilities Company and Louisville Gas & Electric Company | Cannon Heyman & Weiss, LLP | Stephen L. Yonaty | syonaty@chwattys.com |
| Interested Party | Carmody Torrance Sandak & Hennessey LLP | Thomas J. Sansone | tsansone@carmodylaw.com |
| Counsel for Byers Engineering Company | Chaiken Klorfein, LLC | Fredric Chaiken | fc@chaikenklorfein.com |
| Agent under the Revolver and Term Loan Credit Agreements | Chase Bank, N.A. | George D. Ionas | george.d.ionas@jpmorgan.com |
| Counsel for Berkley Insurance Company and Aspen American Insurance Company | Chiesa Shahinian & Giantomasi PC | Armen Shahinian | ashahinian@csglaw.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Berkley Insurance Company and Aspen American Insurance Company | Chiesa Shahinian & Giantomasi PC | Beth J. Rotenberg | brotenberg@csglaw.com |
| Counsel for Aspen American Insurance Company and Berkley Insurance Company | Chiesa Shahinian & Giantomasi PC | Jonathan Bondy | jbondy@csglaw.com |
| Counsel for Berkley Insurance Company and Aspen American Insurance Company | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber | szuber@csglaw.com |
| Counsel to Communication Workers of America, AFL-CIO | Cohen, Weiss and Simon LLP | Richard M. Seltzer and Melissa S. Woods | rseltzer@cwsny.com; Mwoods@cwsny.com |
| Counsel for Hancock Reit Proscenium LLC, Hancock S-REIT Atl Corp and John Hancock Life Insurance (U.S.A.) | Coleman & Dempsey, LLP | Arlene L. Coleman | acoleman@coleman-dempsey.com |
| Interested Party | Commonwealth of Pennsylvania, Department of Revenue | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Counsel for the Texas Comptroller of Public Accounts | Comptroller of Public Accounts of the State of Texas | Courtney J. Hull, Assistant Attorney General | courtney.hull@oag.texas.gov |
| Counsel for Admin Agent | Davis Polk & Wardwell LLP | Brian M. Resnick and David Schiff | brian.resnick@davispolk.com; david.schiff@davispolk.com |
| Counsel for Uniti Group Inc. | Davis Polk & Wardwell LLP | Marshall S. Huebner, Eli J. Vonnegut, James M. Millerman | uniti.routing@davispolk.com |
| Counsel for DIP Agent | Davis Polk & Wardwell LLP | Timothy Graulich and Natasha Tsiouris | timothy.graulich@davispolk.com; natasha.tsiouris@davispolk.com; windstream.citi.routing@davispolk.com |
| Counsel for the Commonwealth of Pennsylvania, Department of Environmental Protection | Department of Environmental Protection | Vera N. Kanova | verkanova@pa.gov |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel to TFC McDowell LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@dlapiper.com |
| Counsel to TFC McDowell LLC | DLA Piper LLP (US) | Richard M. Kremen and Virginia R. Callahan | richard.kremen@dlapiper.com; virginia.callahan@dlapiper.com |
| Counsel for Firooz Soulati and Mahin Amidzadeh | Eckert Seamans Cherin & Mellott, LLC | Christopher F. Graham, Sarah H. Morrissey | cgraham@eckertseamans.com; smorrissey@eckertseamans.com |
| Counsel for Zoom Video Communications, Inc. | Emmet, Marvin & Martin, LLP | Thomas A. Pitta | tpitta@emmetmarvin.com |
| Federal Communications Commission | Federal Communications Commission | Attn General Counsel | thomas.johnson@fcc.gov |
| Counsel for Georgia Power Company, Southern Company Services, Inc., and Southern Telecom, Inc. | FisherBroyles, LLP | Hollace T. Cohen | hollace.cohen@fisherbroyles.com |
| Counsel for Georgia Power Company, Southern Company Services, Inc., and Southern Telecom, Inc. | FisherBroyles, LLP | Thomas R. Walker | thomas.walker@fisherbroyles.com |
| Counsel for Actiontec Electronics, Inc. | Foley & Lardner LLP | Victor A. Vilaplana | vavilaplana@foley.com |
| Counsel for Microsoft Corporation and Microsoft Licensing, GP | Fox Rothschild LLP | Maria A. Milano | mamilano@foxrothschild.com |
| Counsel for Omaha Public Power District | Fraser Stryker PC LLO | Stephen M. Bruckner, Mark R. O'siochain and Steven R. Hogan II | sbruckner@fraserstryker.com; shogan@fraserstryker.com; mosiochain@fraserstryker.com |
| Counsel for Santander Bank, N.A. | Gebhardt & Smith LLP | Michael D. Nord | Mnord@gebsmith.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel for SunTrust Equipment Finance & Leasing Corp. | Gordon Rees Scully Mansukhani LLP | Megan M. Adeyemo | madeyemo@grsm.com |
| Counsel for NW 230 Congress Street Property Owner LLC | Halperin Battaglia Benzija, LLP | Donna H. Lieberman | dlieberman@halperinlaw.net |
| Counsel for Landlord DAR Enterprises, L.L.C. | Halperin Battaglia Benzija, LLP | Donna H. Lieberman | dlieberman@halperinlaw.net |
| Counsel for RXR SMP Owner LLC | Hamburger, Maxson, Yaffe & McNally, LLP | Lane T. Maxson | lmaxson@hmylaw.com |
| Counsel for Ribbon Communications Operating Company, Inc. | Hunton Andrews Kurth LLP | Gregory G. Hesse | ghesse@huntonak.com |
| Counsel for Ribbon Communications Operating Company, Inc. | Hunton Andrews Kurth LLP | Michael S. Legge | mlegge@huntonak.com |
| Counsel for TierPoint, LLC, TierPoint Hosted Solutions, LLC (f/k/a Windstream Hosted Solutions, LLC), and TierPoint Oklahoma, LLC (fka Perimeter Technology Center LLC) | Husch Blackwell LLP | Marshall C. Turner, Caleb T. Holzaepfel | marshall.turner@huschblackwell.com; caleb.holzaepfel@huschblackwell.com |
| Interested Party | IBM Corporation | Marie-Josee Dube | mjdube@ca.ibm.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |

In re Windstream Holdings, Inc. et al.
Case No. 19-22312 (RDD)

Page 2 of 6

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for U.S. TelePacific Corp. | J. Scott Bovitz | | bovitz@bovitz-spitzer.com |
| Counsel for Robert Murray, Lead Plaintiff | Johnson Fistel, LLP | W. Scott Holleman | scotth@johnsonfistel.com |
| Counsel for Capital Towers Company, LLC | Jones Walker LLP | Jeffrey R. Barber | jbarber@joneswalker.com |
| Agent under the Revolver and Term Loan Credit Agreements | JPMorgan Chase Bank, N.A., | Timothy D. Lee | timothy.d.lee@jpmorgan.com |
| Counsel for UMB Bank, National Association, as Indenture Trustee | Kelley Drye & Warren LLP | James S. Carr, Eric R. Wilson, and Benjamin D. Feder | jcarr@kelleydrye.com; ewilson@kelleydrye.com; bfeder@kelleydrye.com |
| Counsel for Fusion Connect, Inc., on behalf of its various subsidiaries | Kelley Drye & Warren LLP | Kristin S. Elliott and Eric R. Wilson | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com; ewilson@kelleydrye.com |
| Counsel for Electric Plant Board of the City of Glasgow | Kerrick Bachert PSC | Scott A. Bachert | sbachert@kerricklaw.com |
| Counsel for Ankura Trust Company, LLC | Kilpatrick Townsend & Stockton LLP | Michael D. Langford | mlangford@kilpatricktownsend.com |
| Counsel for Ankura Trust Company, LLC | Kilpatrick Townsend & Stockton LLP | Todd C. Meyers, Gianfranco Finizio | tmeyers@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com |
| Debtors' Counsel | Kirkland & Ellis LLP | Marc Kieselstein; Ross M. Kwasteniet; Brad Weiland; John R. Luze | mkieselstein@kirkland.com; rkwasteniet@kirkland.com; bweiland@kirkland.com; john.luze@kirkland.com |
| Debtors' Counsel | Kirkland & Ellis LLP | Stephen E. Hessler; Susan D. Golden; George Klidonas | shessler@kirkland.com; susan.golden@kirkland.com; george.klidonas@kirkland.com |
| Counsel for 505 Eighth Corp., 171 Madison Associates LLC, Union Square Broadway Associates LLC, 200 Varick Street DE LLC, 209-219 W. 38 LLC, 322 Partners LLC, 301-5 Seventh Ave Assoc LLC, 515 Madison LLC, New 594 Broadway Associates LLC, GSH Associates LLC, The Bet Eli Company LLC, 247 West 37th Street Associates LLC, and New 520 GSH LLC | Lasser Law Group, PLLC | Stephen M Lasser | slasser@lasserlg.com |
| Counsel for 530 6th Street, LLC | Law Offices of Branson & Branson, LLP | Uzzell S. Branson III | usb3@usblaw.com |
| Counsel for NW 230 Congress Street Property Owner LLC | Law Offices of Kevin S. Neiman | Kevin S. Neiman | kevin@ksnpc.com |
| Top 50 Creditor and Official Committee of Unsecured Creditors | LEC Services Inc | David S. Crossley, Chief Operating Officer | DSCROSSLEY@ISP.COM |
| Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel for Iredell ISD, Kleberg County, Raymondville ISD, et al. (Hidalgo County) | Linebarger Goggan Blair & Sampson, LLP | Diane Wade Sanders | austin.bankruptcy@lgbs.com |
| Counsel for Dallas County and Mansfield ISD | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Fort Bend CO WCID # 02 and Wharton Co Jr Coll Dist | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | houston.bankruptcy@publicans.com |
| Counsel for U.S. Bank, National Association, as Indenture Trustee | Loeb & Loeb LLP | Walter H. Curchack and Vadim J. Rubinstein | wcurchack@loeb.com; vrubinstein@loeb.com |
| Counsel for Robert Murray, Lead Plaintiff | Lowenstein Sandler LLP | Michael S. Etkin and Andrew Behlmann | metkin@lowenstein.com; abehlmann@lowenstein.com |
| Counsel for GTT Communications, Inc. | Marcus & Shapira LLP | Darlene M. Nowak and Scott Livingston | nowak@marcus-shapira.com; livingston@marcus-shapira.com |
| Counsel for U.S. TelePacific Corp. | Marilyn Macron, P.C. | Marilyn Cowhey Macron | marilyn@marilynmacron.com |
| Counsel for U.S. Bank, National Association, as Indenture Trustee | Maslon LLP | Clark T. Whitmore and Jason Reed | Clark.Whitmore@maslon.com; Jason.Reed@maslon.com |
| Counsel for Columbia Office Properties, LLC | Mayer Brown LLP | Christine A. Walsh | cwalsh@mayerbrown.com |
| Counsel for Frontier Communications Corporation | Mayer Brown LLP | Joaquin M. C de Baca | jcdebaca@mayerbrown.com |
| Counsel for Frontier Communications Corporation | Mayer Brown LLP | Sean T. Scott | stscott@mayerbrown.com |
| Counsel for New York Football Giants, Inc. | McCarter & English LLP | John R Stoelker | jstoelker@mccarter.com |
| Counsel for Nokia of America Corporation | McCarter & English LLP | Joseph Lubertazzi, Jr | jlubertazzi@mccarter.com |
| Counsel for the Texas Taxing Jurisdictions | McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | tleday@mvbalaw.com |
| Counsel for United Electric Cooperative Services, Inc. | McDonald Sanders, P.C. | Donald A. Kaczkowski | dak@mcdonaldlaw.com |

In re Windstream Holdings, Inc. et al.
Case No. 19-22312 (RDD)

Page 3 of 6

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Sprint Communications Company, LP | MCGUIREWOODS LLP | David I. Swan, Thuc-Doan Phan | dswan@mcguirewoods.com; dphan@mcguirewoods.com |
| Counsel to Ad Hoc Group of Second Lien Noteholders | Milbank LLP | Dennis F. Dunne, Andrew M. Leblanc, Samuel A. Khalil | ddunne@milbank.com; aleblanc@milbank.com; skhalil@milbank.com |
| Counsel for 2001 Sixth LLC/Sixth & Virginia Properties | Miller Nash Graham & Dunn LLP | Mark D. Northrup | mark.northrup@millernash.com |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | Attorney.General@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Steven A. Ginther | sdnyecf@dor.mo.gov |
| Counsel for Acxiom LLC | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Stan. D Smith | ssmith@mwlaw.com |
| Counsel for Meredith Corporation dba WGCL-TV, WGCL-46 (CBS), WGCL CBS46, WPCH-TV, WPCH-TV – Peachtree TV, Peachtree TV, WNEM-TV, and WNEM TV5 | Morris James LLP | Brett D. Fallon | bfallon@morrisjames.com |
| Counsel for the Official Committee of Unsecured Creditors | Morrison & Foerster LLP | Lorenzo Marinuzzi, Brett H. Miller, Todd M. Goren, Jennifer L. Marines, and Erica J. Richards | LMarinuzzi@mofo.com; BrettMiller@mofo.com; TGoren@mofo.com; JMarines@mofo.com; ERichards@mofo.com |
| Counsel for GLM DFW, Inc. | Munsch Hardt Kopf & Harr, P.C. | Thomas D. Berghman, Davor Rukavina | tberghman@munsch.com; drukavina@munsch.com |
| Counsel for Cyient, Inc. | Murtha Cullina LLP | Robert E. Kaelin | rkaelin@murthalaw.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | ago.info.help@nebraska.gov |
| Counsel for California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III | lcisz@nixonpeabody.com |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | dlennon@ncdoj.gov |
| Counsel for the Board of Directors of Windstream Holdings, Inc. | Norton Rose Fulbright US LLP | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com |
| Counsel for the Board of Directors of Windstream Holdings, Inc. | Norton Rose Fulbright US LLP | Louis R. Strubeck, Jr. and James A. Copeland | louis.strubeck@nortonrosefulbright.com; james.copeland@nortonrosefulbright.com |
| Counsel for the New York State Department of Taxation and Finance | NYS Department of Taxation and Finance | Amanda Hiller, Deputy Commissioner, Jeffrey K. Cymbler District Tax Attorney | Jeffrey.Cymbler@tax.ny.gov |
| Counsel for Oakland Schools | Oakland Schools | Sherry McMillan | Sherry.McMillan@oakland.k12.mi.us |
| Counsel for New York State Department of Taxation and Finance | Office of the New York State Attorney General | Leo V. Gagion, Assistant Attorney General | leo.gagion@ag.ny.gov |
| US Trustee | Office of the United States Trustee | Attn Paul Schwartzberg and Serene Nakano | paul.schwartzberg@usdoj.gov |
| United States Attorneys Office SDNY | Office of US Attorney SDNY | Attn Tax & Bankruptcy Unit | Jeffrey.Oestericher@usdoj.gov |
| Counsel for Velocloud Networks, LLC, a VMware company | Orrick, Herrington & Sutcliffe LLP | Debra L. Felder | dfelder@orrick.com |
| Counsel for Velocloud Networks, LLC, a VMware company | Orrick, Herrington & Sutcliffe LLP | Lorraine S. McGowen | lmcgowen@orrick.com |
| Counsel for Zayo Group, LLC | Pachulski Stang Ziehl & Jones LLP | Debra I. Grassgreen and John W. Lucas | dgrassgreen@pszjlaw.com; jlucas@pszjlaw.com |
| Counsel to Ad Hoc Group of First Lien Term Lenders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Brian S. Hermann, Samuel E. Lovett | arosenberg@paulweiss.com; bhermann@paulweiss.com; slovett@paulweiss.com |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Desiree M. Amador | Amador.Desiree@pbgc.gov; efile@pbgc.gov |
| Counsel for Ensono, LLP | Pepper Hamilton LLP | David B. Stratton, Evelyn J. Meltzer and Kenneth A. Listwak | strattond@pepperlaw.com; meltzere@pepperlaw.com; listwakk@pepperlaw.com |
| Counsel for United Call Center Solutions, LLC | Pepper Hamilton, LLP | Henry J. Jaffe and Kenneth A. Listwak | jaffeh@pepperlaw.com; listwakk@pepperlaw.com |
| Counsel for Andrews County Tax Office, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c o Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel for Holiday Independent School District, City of Wichita Falls, Wichita Falls Independent School District, et al. | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Jeanmarie Baer | jbaer@pbfcm.com |
| Counsel for Austin County Appraisal District, Burkeville Independent School District, Chambers County Tax Office, et al. | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Pinehurst Centre Property, LLC | Pierce Mccoy, PLLC | Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel for Sho-Me Technologies, LLC, Sho-Me Power Electric Cooperative, Gascosage Electric Cooperative; and Pearce Services | Polsinelli PC | Brenna A. Dolphin | bdolphin@polsinelli.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Sho-Me Technologies, LLC, Sho-Me Power Electric Cooperative, Gascosage Electric Cooperative; and Pearce Services | Polsinelli PC | Jeremy R. Johnson | jeremy.johnson@polsinelli.com |
| Public Service Commission of the State of New York | Public Service Commission of the State of New York | John C. Graham | john.graham@dps.ny.gov |
| Counsel for Fifth Third Bank | Reed Smith LLP | Christopher A. Lynch and Richard J. Tannenbaum | clynch@reedsmith.com; rtannenbaum@reedsmith.com |
| Counsel for Wilmington Trust, National Association, as indenture trustee for the holders of 10.500% Second Lien Notes due June 20, 2024 and 9.00% Second Lien Notes due June 30, 2025 | Reed Smith LLP | Kurt F. Gwynne and Jason D. Angelo | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| Counsel for Robert Murray, Lead Plaintiff | Robbins Geller Rudman & Dowd LLP | Randall J. Baron, David A. Knotts and Eun Jin Lee | dknotts@rgrdlaw.com; elee@rgrdlaw.com |
| Counsel for Galleria Operating Co, Inc. | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Fred B. Ringel | fbr@robinsonbrog.com |
| Counsel for American Arbitration Association | Rumberger, Kirk & Caldwell, P.C. | R. Scott Williams | swilliams@rumberger.com |
| Counsel for Element Fleet Corporation (formerly known as Gelco Corporation) | Saul Ewing Arnstein & Lehr LLP | John D. Demmy | john.demmy@saul.com |
| Counsel for SBA Communications Corporation, Equinix, Inc. and CBRE, Inc. | Saul Ewing Arnstein & Lehr LLP | Lucian B. Murley | luke.murley@saul.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@sec.gov; NYROBankruptcy@sec.gov |
| Securities and Exchange Commission NY Regional | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for the Dycom Entities and TCS Communications, LLC | Shearman & Sterling LLP | Fredric Sosnick and Sara Coelho | fsosnick@shearman.com; sara.coelho@shearman.com |
| Counsel to the Ad Hoc Group of Midwest Noteholders | Shearman & Sterling LLP | Joel Moss and Jordan A. Wishnew | joel.moss@shearman.com; jordan.wishnew@shearman.com |
| Counsel for 7121 Fairway Owner, LLC | Shutts & Bowen LLP | Larry I. Glick | lglick@shutts.com |
| Counsel for Business Communications Management, Inc. and BCM One, Inc. | Sidley Austin LLP | Dennis J. Twomey | dtwomey@sidley.com |
| Counsel for Simon Property Group, L.P. and its related entities | Simon Property Group, L.P. | Ronald M. Tucker | rtucker@simon.com |
| Counsel for JPMorgan Chase Bank, N.A. | Simpson Thacher & Bartlett LLP | Sandeep Qusba, Nicholas E. Baker, and Jamie J. Fell | squsba@stblaw.com; nbaker@stblaw.com; jamie.fell@stblaw.com |
| Counsel to Conduent Commercial Solutions LLC | Singer & Levick, PC | Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for MAP Ground Lease Owner LLC and Plymouth TFC, General Partnership | Sirlin Lesser & Benson, P.C. | Dana S. Plon | dplon@sirlinlaw.com |
| Counsel for Omni Group | SmithAmundsen LLC | William S. Hackney | whackney@salawus.com |
| Counsel for Cyrus One | Sprouse Law Firm | Marvin E. Sprouse III | msprouse@sprousepllc.com |
| Counsel to Transaction Network Services, Inc. | Squire Patton Boggs (US) LLP | Christopher J. Giaimo and Jeffrey N. Rothleder | christopher.giaimo@squirepb.com; jeffrey.rothleder@squirepb.com |
| Counsel for Prodapt North America, Inc., and USIC LLC | Squire Patton Boggs (US) LLP | Stephen D. Lerner | stephen.lerner@squirepb.com |
| Interested Party | State of Michigan, Department of Treasury | Dana Nessel and Juandisha M. Harris | harrisj12@michigan.gov |
| Counsel for Digital Realty Trust, L.P. and affiliates | Stoel Rives LLP | Ellen E. Ostrow | ellen.ostrow@stoel.com |
| Counsel for Digital Realty Trust, L.P. and affiliates | Stoel Rives LLP | Oren Buchanan Haker | oren.haker@stoel.com |
| Counsel for CenturyLink | Stinson LLP | Brittany M. Michael | brittany.michael@stinson.com |
| Counsel for Dell Marketing, L.P. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel for ATM Four LLC | Stuart P. Gelberg | | spg@13trustee.com |
| Counsel for POTA JV, LLC | Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | Peter C. D'Apice | dapice@sbep-law.com |
| Counsel for ATM Four LLC | The Law Offices of Geoffrey T. Mott, P.C. | Geoffrey T, Mott | gmott@geoffreymottlaw.com |
| Counsel for TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | AGBankNewYork@ag.tn.gov |
| Counsel for ScanSource, Inc., | Troutman Sanders LLP | Brett D. Goodman | brett.goodman@troutman.com |
| Counsel for ScanSource, Inc., | Troutman Sanders LLP | Harris B. Winsberg | harris.winsberg@troutman.com |
| Environmental Protection Agency (US) | US Environmental Protection Agency | Mail Code 2310A, Office of General Counsel | Leopold.matt@Epa.gov |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Sequential Technology International, LLC | Vedder Price P.C. | Michael L. Schein | mschein@vedderprice.com |
| Top 50 Creditor and Official Committee of Unsecured Creditors | VeloCloud Networks, Inc. | Brooks Beard and Roy Nolasco | bbeard@vmware.com; rnolasco@vmware.com |
| Counsel for Viavi Solutions | Vogel Bach & Horn, LLP | Heike M. Vogel and Eric H. Horn | hvogel@vogelbachpc.com; ehorn@vogelbachpc.com |
| Co-Counsel for UMB Bank, N.A. as Indenture Trustee and U.S. Bank NA as Indenture Trustee | White & Case LLP | J. Christopher Shore, Harrison L. Denman, Philip M. Abelson, Charles R. Koster | cshore@whitecase.com; hdenman@whitecase.com; pabelson@whitecase.com; ckoster@whitecase.com |
| Co-Counsel for UMB Bank, N.A. as Indenture Trustee and U.S. Bank NA as Indenture Trustee | White & Case LLP | Thomas E Lauria | tlauria@whitecase.com |
| Indenture Trustee to the 10.5% and 9% Notes | Wilmington Trust National Association | Global Capital Markets | RRitrovato@WilmingtonTrust.com; SCimalore@WilmingtonTrust.com |
| Counsel for County of Putnam, Department of Finance | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Mark G. Ledwin | mark.ledwin@wilsonelser.com |
| Counsel to Pinehurst Centre Property, LLC | Wolcott Rivers Gates | Joshua D. Stiff | jstiff@wolriv.com |
| Counsel for 180 East Broad, LLC | Wollmuth Maher & Deutsch LLP | Paul R. DeFilippo | pdefilippo@wmd-law.com |
| Counsel for t3Broadband and t3 Wireless, Inc. | Womble Bond Dickinson (Us) LLP | Jeffrey L. Tarkenton | Jeffrey.Tarkenton@wbd-us.com |
| Counsel for BTC Block 20 Partnership, LP | Woods Oviatt Gilman LLP | Timothy P. Lyster | tlyster@woodsoviatt.com |
| Counsel for BTC Block 20 Partnership, LP | Woods Oviatt Gilman LLP | William F. Savino | Wsavino@woodsoviatt.com |

# Exhibit B

**Exhibit B**

Chambers Service List

Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Chambers | United States Bankruptcy Court | Honorable Judge Drain | 300 Quarropas Street Rm 248 | Chambers Copy | White Plains | NY | 10601 |

# Exhibit C

**Exhibit C**

Master Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Aurelius Capital Management | Aurelius Capital Management | Attn Director or Officer | 535 Madison Avenue, 22nd Fl | | New York | NY | 10022 | |
| Aurelius Capital Master, Ltd. | Aurelius Capital Master, Ltd. | c/o SS&C Fund Services (Cayman) Ltd. | 45 Market Street | Gardenia Court, Camana Bay | Grand Cayman | | KY 1-9003 | Cayman Islands |
| Official Committee of Unsecured Creditors | Communication Workers of America, AFL-CIO, CLC | Patricia M. Shea, General Counsel | 501 Third Street, N.W. Suite 301 | | Washington | DC | 20036 | |
| Top 50 Creditor and Official Committee of Unsecured Creditors | Crown Castle Fiber | Scott Callahan, Senior Manager of Credit & Collections | 80 Central Street | | Boxborough | MA | 01719 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | Tallahassee | FL | 32399-1050 | |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 | |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | Albany | NY | 12224-0341 | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 120 Broadway 24th Fl | | New York | NY | 10271 | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | Albany | NY | 12224-0341 | |
| US Trustee | Office of the United States Trustee | Attn Paul Schwartzberg and Serene Nakano | 201 Varick Street, Suite 1006 | William K Harrington | New York | NY | 10014 | |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | Columbus | OH | 43215 | |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | Oklahoma City | OK | 73105 | |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 | |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Thomas Taylor, Supervisory Financial Analyst | 1200 K Street N.W. | | Washington | DC | 20005-4026 | |
| Secretary of the State | Secretary of State | Division of Corporations | 99 Washington Ave 600 | One Commerce Plz | Albany | NY | 12231-0001 | |
| Secretary of the State | Secretary of State | | 123 William St | | New York | NY | 10038-3804 | |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | Rembert C. Dennis Office Bldg. | 1000 Assembly St Room 519 | Columbia | SC | 29201 | |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | Austin | TX | 78701 | |
| Indenture Trustee to the 8.75%, 8.625%, 6 3/8%, 7.5%, and 7.75% Notes | U.S. Bank National Association | Attention: Global Corporate Trust Services | 1349 West Peachtree Street | Suite 1050 | Atlanta | GA | 30309 | |
| Indenture Trustee to the 8.75%, 8.625%, 6 3/8%, 7.5%, and 7.75% Notes | U.S. Bank National Association | c/o US Bank Corporate Trust Services | 60 Livingston Ave. | | St. Paul | MN | 55107 | |
| Official Committee of Unsecured Creditors | UMB Bank | Gavin Wilkinson, Senior Vice President, Corporate Trust | 120 South Sixth St, Ste 1400 | | Minneapolis | MN | 55402 | |

# Exhibit D

**Exhibit D**

Affected Parties

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| CSL Alabama System LLC | Attn Director or Officer | 4001 Rodney Parham Road | | Little Rock | AR | 72212 |
| CSL Arkansas System LLC | Attn Director or Officer | 4001 Rodney Parham Road | | Little Rock | AR | 72212 |
| CSL Florida System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Georgia Realty LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Georgia System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Iowa System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Kentucky System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Mississippi System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Missouri System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL National, LP | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL New Mexico System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL North Carolina Realty LP | Attn Director or Officer | 4001 Rodney Parham Road | | Little Rock | AR | 72212 |
| CSL North Carolina System LP | Attn Director or Officer | 4001 Rodney Parham Road | | Little Rock | AR | 72212 |
| CSL Ohio System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Oklahoma System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Realty LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Tennessee Realty LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| CSL Texas System LLC | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |
| Uniti Group Inc. | Attn Director or Officer | 10802 Executive Center Drive | Benton Bldg., Ste 300 | Little Rock | AR | 72211 |

In re Windstream Holdings, Inc. et al.
Case No. 19-22312 (RDD)

Page 1 of 1