**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-22312 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| WINDSTREAM HOLDINGS, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 19-08279 |
| v. | ) | |
| | ) | |
| UNITI GROUP INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED SCHEDULING ORDER**

This Stipulated Scheduling Order (the "Order") is entered into by and among (a) Windstream Holdings, Inc. and Windstream Services, LLC (together, "Windstream"); (b) CSL National, LP and certain of its defendant affiliates (collectively, "Uniti"); and (c) the First Lien Ad Hoc Group, the Ad Hoc Committee of Second Lien Noteholders, the Official Committee of Unsecured Creditors, and UMB Bank, National Association and U.S. Bank National Association, solely in their capacities as indenture trustees (collectively, the "Intervenors"). Each of the persons or entities identified in the foregoing clauses (a) through (c) shall be referred to herein individually as a "Party," and, collectively, as the "Parties."

---

[1]   The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717.  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

**Recitals**

WHEREAS, on July 25, 2019, Windstream filed their Complaint; and

WHEREAS, the Parties have agreed to certain dates and deadlines to litigate the issues raised in the Complaint.

**Order**

1. The following deadlines and dates are approved:

| Deadline | Date |
| --- | --- |
| Completion of substantial document productions | 10/28/2019 |
| Uniti's answer or motion to dismiss Windstream's Complaint due | 10/15/2019 |
|     Windstream's motion to dismiss opposition brief due | 11/4/2019 |
|     Uniti's motion to dismiss reply brief due | 11/27/2019 |
|     Court hearing on Uniti's motion to dismiss | [_____] (on or before 12/6/2019 subject to Court availability) |
|     Uniti's answer due assuming it moved to dismiss | Seven calendar days following a decision on Uniti's motion to dismiss |
| Disclosure of potential expert topics | 11/18/2019 |
| Pre-motion for summary judgment Court conference | 11/21/2019 |
| Fact discovery cutoff | 11/22/2019 |
| Motions for summary judgment due | 11/25/2019 |
|     Summary judgment opposition briefs due | 12/9/2019 |
|     Summary judgment reply briefs due | 12/16/2019 |
|     Court hearing on motions for summary judgment | 12/18/2019 |
| Deadline to exchange expert reports | 1/27/2020 |
| Deadline to exchange rebuttal expert reports | 2/14/2020 |
| Expert discovery cutoff | 2/24/2020 |
| Deadline to file pre-trial briefs, motions *in limine*, and exhibit and witness lists | 2/28/2020 |
| Trial | 3/2/2020 to 3/6/2020 |

2. The Parties may modify the deadlines set forth herein by (a) mutual agreement or (b) upon request and further order from the Court, which request shall be granted for good cause, subject to the Court's calendar. The Parties agree to act in good faith in discussing any extension to the deadline to complete substantial document production.

3. The Parties agree that service by e-mail on all other Parties of all discovery requests and written responses is sufficient.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: White Plains, New York
       September 30, 2019

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

*/s/ Stephen E. Hessler*
Stephen E. Hessler, P.C.
Marc Kieselstein, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Brad Weiland (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*


*/s/ Elliot Moskowitz*
Eli J. Vonnegut
Elliot Moskowitz
Angela M. Libby
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone:    (212) 450-4000

*Counsel to Uniti Group, Inc.*

*/s/ Samuel E. Lovett*
Andrew N. Rosenberg
Brian S. Hermann
Samuel E. Lovett
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the First Lien Ad Hoc Group*


*/s/ Dennis F. Dunne*
Dennis F. Dunne
Andrew M. Leblanc
Samuel A. Khalil
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel to the Ad Hoc Committee of Second Lien Noteholders*


*/s/ Todd M. Goren*
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Jamie A. Levitt
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Official Committee of Unsecured Creditors*

5

*/s/ Julia M. Winters*

Thomas E. Lauria
**WHITE & CASE LLP**
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone:   (305) 371-2700
Facsimile:    (305) 358-5744

- and -

J. Christopher Shore
Harrison Denman
Philip M. Abelson
Julia M. Winters
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone:   (212) 819-8200
Facsimile:    (212) 354-8113

*Special Counsel to UMB Bank, N.A. and U.S. Bank N.A.*